UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARTELL HOLLAND, ELVIN
IVORY, KELVIN JOHNSON,
JADARRIUS MCNEIL,
ARSENIO THRASHER and
NATHANIEL BLACK,

      **Plaintiffs,**

v.                        **Case No: 6:21-cv-851-PGB-EJK**

WASTE PRO USA, INC. and
WASTE PRO OF MISSISSIPPI,
INC.,

      **Defendants.**

_____/

## <u>ORDER</u>

This cause comes before the Court on the parties' Unopposed Joint Motion for Fair Labor Standards Act Settlement Approval and Dismissal With Prejudice filed August 19, 2021. (Doc. 8 (the "**Motion**")). Magistrate Judge Embry J. Kidd submitted a Report recommending that the Motion be granted. (Doc. 22). No parties have filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 3, 2022 (Doc. 22), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Motion (Doc. 8) is **GRANTED**;

3. The Court **FINDS** that the parties' Agreements (Doc. 8-1, pp. 2–25) are a fair and reasonable resolution of *bona fide* disputes under the Fair Labor Standards Act;

4. The case is **DISMISSED WITH PREJUDICE**; and

5. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 18, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2